IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM T. HOLLIDAY,

    Plaintiff,

v.                               Case No. 5:17cv4-MW/GRJ

DEPARTMENT OF CORRECTIONS,
et al.,
    Defendants.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Leave for Plaintiff to proceed as a pauper and appointment of counsel, ECF No. 2, is **DENIED**. This case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g) three-strikes bar." The Clerk shall close the file.

SO ORDERED on March 14, 2017.

                                      s/Mark E. Walker_____
                                      **United States District Judge**