IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM T. HOLLIDAY,

    Petitioner,

v.                                   Case No. 5:17cv4-MW/GRJ

JULIE L. JONES, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 13. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Having reviewed the "objections" submitted by Plaintiff, this Court concludes that the imminent danger exception does not apply. Just because Plaintiff includes the "imminent danger" language does not mean it applies. Accordingly, the Clerk shall enter judgment stating, "Leave for Plaintiff to proceed as a pauper and appointment of counsel, ECF No. 2, is

1

**DENIED**. This case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g) three-strikes bar." The Clerk shall close the file.

**SO ORDERED on March 15, 2017.**

s/Mark E. Walker\_\_\_\_
**United States District Judge**
